IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DANNY ARSENO WALKER,

    Petitioner,

v.                                                                                     No. 1:17-cv-01201-JDB-egb
                                                                                     No. 1:15-cr-10095-JDB-1

UNITED STATES OF AMERICA,

    Respondent.

ORDER DIRECTING UNITED STATES TO RESPOND

    Before the Court for initial review is the motion of Petitioner, Danny Arseno Walker, to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 ("Petition").   (Case Number 17-cv-1201, Docket Entry 1.)

    Respondent, United States of America, is ORDERED to file a response to the Petition within twenty-eight days from the date of this order.  *See Rules Governing Section 2255 Proceedings for the United States District Courts*, Rule 5(a).

    Petitioner may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight days of service.  *See Rules Governing Section 2255 Proceedings for the United States District Courts*, Rule 5(d).   Petitioner may request an extension of time to reply by filing a motion on or before the due date of his reply.

    IT IS SO ORDERED, this 31st day of October 2017.

                                                                      s/ J. DANIEL BREEN
                                                                 UNITED STATES DISTRICT JUDGE